## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ELIAS KARKALAS, M.D.**      :   **CIVIL ACTION**
                         :
            **v.**                :   **NO. 19-948**
                         :
**LINDA MARKS, ESQUIRE,** *et al.*     :

## ORDER

    **AND NOW**, this 31st day of July 2019, upon considering the Defendants' Motions to dismiss (ECF Doc. Nos. 12, 14), Plaintiff's Oppositions (ECF Doc. Nos. 15, 16), the individual Defendants' Reply (ECF Doc. No. 17), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions (ECF Doc. Nos. 12, 14) are **GRANTED,** we **dismiss** the first amended complaint with prejudice, and the Clerk of Court shall **close** this case.

                                             _____
                                             **KEARNEY, J.**